**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMANUEL JENKINS,** **Plaintiff,** | : | |
| v. | : | **C.A. No. 04-453S** |
| **STATE OF RHODE ISLAND,** State Police Department, **STEVEN M. PARE,** Individually and in his official capacity as Superintendent of the Rhode Island State Police, **MATTHEW MOYNIHAN** individually and in his official capacity as a state trooper employed by the State of Rhode Island, Rhode Island State Police, **DEREK BOREK,** individually and in his official capacity as a state trooper employed by the State of Rhode Island, Rhode Island State Police, **Defendants.** | : | |

**MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Now come the parties in the above-cited matter and hereby move this Honorable Court for an Order extending the existing deadlines under this Court's February 23, 2005 Order, as set forth below.

The close of discovery is currently scheduled to occur on September 16, 2005, with the deadline for filing dispositive motions to occur on or before September 30, 2005, and with pretrial memoranda due on September 30, 2005.

The parties have made progress in discovery, including exchanging document requests and written discovery. However, to date, no depositions of the parties or third-party witnesses has occurred.

The parties have made good faith efforts to complete discovery, but based on the fact that Defendants' counsel has been on maternity leave since March 3, 2005 (Attorney Baum's baby boy was born five weeks early), as well as the detailed nature of the discovery sought, the number of third-party witnesses and the press of business, additional time for discovery is necessary and warranted.

GRANTED
WEM
William E. Smith
U.S. District Judge
8/12/05

SCANNED

Based on the foregoing, the parties respectfully request that this Court enter an Order extending all pretrial deadlines, with the close of discovery to occur on January 16, 2006, and pretrial memoranda due on January 30, 2006 and the other deadlines adjusted accordingly. Alternatively, the parties request that the Court enter an Order extending all pretrial deadlines as it deems fit and proper.

Respectfully Submitted,
Plaintiff,
By his Attorney,

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

Respectfully Submitted,
Defendants,
By their Attorney,

Brenda Baum (VEF)

Brenda D. Baum (5184)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401)274-4400 ext. 2294
(401)222-3016 (facsimile)