**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMANUEL JENKINS,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 04-453S** |
| | : | |
| **STATE OF RHODE ISLAND, et al.,** | : | |
| **Defendants** | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANT MOYNIHAN'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO AMENDED INTERROGATORIES**

Now comes the Plaintiff in the above-cited matter and does hereby object to Defendant Moynihan's Motion to Compel More Responsive Answers to Amended Interrogatories and as grounds therefor and in support thereof relies on his Memorandum of Law filed simultaneously herewith.

**WHEREFORE**, the Plaintiff respectfully prays that Defendant Moynihan's Motion to Compel be denied.

Respectfully Submitted,
Attorneys for Plaintiff,
SINAPI, FORMISANO & CO., LTD.

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040 (facsimile)

**CERTIFICATION**

To: Brenda Baum, Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903

I hereby certify that the within document was caused to be served by mail, postage prepaid, to the above-cited attorney of record on this 17 day of November, 2005.

Jessica D. Pueyo

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMANUEL JENKINS,**<br>**Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 04-453S** |
| | : | |
| **STATE OF RHODE ISLAND, et al.,**<br>**Defendants** | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANT MOYNIHAN'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO AMENDED INTERROGATORIES**

Defendant Moynihan has moved to compel more responsive answers to interrogatories 5-11.

In interrogatories 5-11, Defendant Moynihan is seeking responses from the Plaintiff to legal questions. The Plaintiff does not have legal training and/or legal education. As a layperson, Plaintiff is not qualified and therefore cannot respond to questions of law. U.S. v. Selby, 25 F.R.D. 12 (N.D. Ohio 1960);Wright v. Wright, 351 N.W.2d 868 (Mich. 1984). In Selby, the Court held that

> the assertion and discussion of legal theories, and the classification of facts in support thereof, should be by the lawyers at trial and in whatever pre-trial procedures the Court may require. 25 F.R.D. at 14.

Based on practical considerations, the Plaintiff cannot respond to interrogatories 5-11.

**WHEREFORE**, the Plaintiff respectfully prays that Defendant Moynihan's Motion to Compel be denied.

Respectfully Submitted,
Attorneys for Plaintiff,
SINAPI, FORMISANO & CO., LTD.

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040 (facsimile)

**CERTIFICATION**

To: Brenda Baum, Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903

I hereby certify that the within document was caused to be served by mail, postage prepaid, to the above-cited attorney of record on this 17 day of November, 2005.