**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMANUEL JENKINS** | : | |
| | : | |
| **v.** | : | **C.A. NO: 04-453S** |
| | : | |
| **STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, MATTHEW MOYNIHAN individually and in his official capacity as a state trooper employed by the State of Rhode Island, Rhode Island State Police, DEREK BOREK, individually and in his official capacity as a state trooper employed by the State of Rhode Island, Rhode Island State Police** | : | |

**NOTICE TO TAKE DEPOSITION**

Defendant, State of Rhode Island, hereby gives notice that it, by and through its attorneys, will take the Deposition of, **Howard A. Soares, Jr.,** at the Office of the Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903. The Deposition will commence at **2:00 P.M.** on **December 7, 2005** and may be continued to a lawfully adjourned date, or from day to day until the Deposition is completed.

Respectfully submitted,

DEFENDANT TROOPER MATTHEW MOYNIHAN
By his Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

BRENDA D. BAUM (5184)
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 Ext. 2294
(401) 222-3016 (Fax)

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Request for Production of Documents was mailed, postage prepaid, on this 16th day of November, 2005, to:

V Edward Formisano, Esq.
Sinapi, Formisano & Coleman
100 Midway Place, Suite 1
Cranston, RI 02920