**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMANUEL JENKINS,** **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-453S** |
| **STATE OF RHODE ISLAND, et al.,** **Defendants.** | : | |

**MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Now come the parties in the above-cited matter and hereby move this Honorable Court for an Order extending the existing deadlines under this Court's August 12, 2005 Order, as set forth below.

The close of discovery is currently scheduled to occur on January 16, 2006, with the deadline for filing dispositive motions to occur on or before January 30, 2006.

The parties have made progress in discovery, including exchanging document requests and written discovery. However, to date, no depositions of the parties or third-party witnesses has occurred although some depositions have been scheduled.

The parties have made good faith efforts to complete discovery, but based on the fact that Defendants' counsel, Ms. Baum, has assumed representation of the State in a wrongful death case that is scheduled for trial in January as well as the detailed nature of the discovery sought, the number of third-party witnesses and the press of business, additional time for discovery is necessary and warranted.

Based on the foregoing, the parties respectfully request that this Court enter an Order extending all pretrial deadlines, with the close of discovery to occur on April 16, 2006, and pretrial memoranda due on April 30, 2006 and the other deadlines adjusted accordingly. Alternatively, the parties request that the Court enter an Order extending all pretrial deadlines as it deems fit and proper.

Respectfully Submitted,
Plaintiff,
By his Attorney,

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

Respectfully Submitted,
Defendants,
By their Attorney,

Brenda D. Baum (5184)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401)274-4400 ext. 2294
(401)222-3016 (facsimile)