UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMANUEL JENKINS,<br>Plaintiff,<br><br>v.<br><br>STATE OF RHODE ISLAND,<br>State Police Department,<br>STEVEN M. PARE, individually<br>and in his official capacity<br>as Superintendent of the<br>Rhode Island State Police,<br>MATTHEW MOYNIHAN, individually<br>and in his official capacity<br>as a state trooper employed by<br>the State of Rhode Island,<br>Rhode Island State Police, and<br>DEREK BOREK, individually and<br>in his official capacity<br>as a state trooper employed by<br>the State of Rhode Island,<br>Rhode Island State Police,<br>Defendants | : | CA 04-453 S |

**ORDER**
**RE MOTIONS TO COMPEL**
**MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

On December 9, 2005, the court conducted a hearing on three motions: 1) Defendant State of Rhode Island's Motion to Compel More Responsive Answers to Amended Interrogatories, 2) Defendant Trooper Matthew Moynihan's Motion to Compel More Responsive Answers to Interrogatories, and 3) Defendant Trooper Derek Borek's Motion to Compel More Responsive Answers to Interrogatories (collectively, the "Motions to Compel"). During the hearing, counsel for Plaintiff indicated that he was considering dismissing some of the counts of the Amended Complaint and that the dismissal of these counts could alleviate the need for some of the interrogatories which are the subject of the instant Motions to Compel. Counsel for Defendants also

expressed a willingness to submit simplified interrogatories in place of the interrogatories which are the subject of the Motions to Compel.

In light of the statements from counsel, the court makes the following rulings:

1. The Motions to Compel are deemed withdrawn by Defendants.

2. Plaintiff shall determine by December 19, 2005, whether he intends to dismiss any of the counts of the Amended Complaint.

3. Within ten days after receiving Plaintiff's notice of dismissal (or by December 29, 2005, if Plaintiff does not file a notice of dismissal), Defendants shall serve Plaintiff with their simplified interrogatories.

4. Defendants may propound a total of forty interrogatories, including the interrogatories which have already been answered.[1] However, the interrogatories which Defendants propound must be in simple form and capable of being answered by a person of Plaintiff's educational level. Plaintiff is not required to provide legal theories but only factual information.

So ordered.

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
December 9, 2005

BY ORDER:

Deputy Clerk

---

[1] If Plaintiff's counsel dismisses one or more counts of the Amended Complaint, Defendants' need to propound forty interrogatories diminishes. The court authorized forty interrogatories based on the number of claims pled in the Amended Complaint. Accordingly, if Plaintiff dismisses one or two counts, Defendants may propound a maximum of thirty-five interrogatories. If Plaintiff dismisses three or more counts, Defendants may propound a maximum of thirty interrogatories.