RECEIVED
DEC 23 2005
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EMANUAL JENKINS,**
**Plaintiff**

v. : **C.A. No. 04-453S**

**STATE OF RHODE ISLAND**, et al.,
**Defendants**

**STIPULATION**

Now comes the Plaintiff in the above-cited matter and hereby dismisses, with prejudice, Count II (Assault) and Count VI (42 U.S.C. §1981) of his Complaint.

PLAINTIFF,
By his attorneys,
SINAPI, FORMISANO & CO., LTD.

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 12/29/05

[signature]
V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (fax)

Dated: December 20, 2005

**CERTIFICATION**

TO: Brenda D. Baum, Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903

I hereby certify that I caused to be served on the above-named counsel of record a copy of the foregoing on the 21 day of December, 2005.

[signature]