**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMANUEL JENKINS** | : | |
| | : | |
| **v.** | : | **C.A. NO: 04-453S** |
| | : | |
| **STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, MATTHEW MOYNIHAN individually and in his official capacity as a state trooper employed by the State of Rhode Island, Rhode Island State Police, DEREK BOREK, individually and in his official capacity as a state trooper employed by the State of Rhode Island, Rhode Island State Police** | : | |

**DEFENDANTS' MOTION TO CONTINUE THE TRIAL**

Now come the Defendants and respectfully request that this Honorable Court continue the trial date from May 2, 2006 to some time after a decision has been rendered on Defendants' Motion for Summary Judgment.

The Plaintiff Emanuel Jenkins (hereinafter "Jenkins") filed this complaint alleging illegal search and seizure under 42 U.S.C § 1983, and the Rhode Island Constitution and state tort claims of negligence and battery. The parties received notice that the case was being placed on the trial calendar commencing May 2, 2006.

In accordance with the provisions of the pretrial order and its extensions, the Defendants intend to file a Motion for Summary Judgment on all counts of Plaintiff's Complaint on or before May 1, 2006. As required, the Defendants have requested a

conference with the Court prior to filing their Motion for Summary Judgment. The Court has scheduled the Summary Judgment Conference for April 24, 2006.

The Defendants will premise their Motion on the legal standards of reasonable suspicion, probable cause and qualified immunity and apply these principles to Plaintiff's claims.

Wherefore, the Defendants respectfully request that this Honorable Court continue the trial date from May 2, 2006 to some time after a decision has been rendered on Defendants' Motion for Summary Judgment.

Respectfully submitted,

DEFENDANTS

By their Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Brenda D. Baum (5184)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2294
Fax: (401) 222-3016

CERTIFICATION

I hereby certify that on this 6th day of April 2006 a true copy of the within Motion was mailed, first class, postage prepaid, to:

V. Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place
Suite 1
Cranston, RI 02920

Brad D. Baum