UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMANUEL JENKINS<br><br>v.<br><br>STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, MATTHEW MOYNIHAN individually and in his official capacity as a state trooper employed by the State of Rhode Island, Rhode Island State Police, DEREK BOREK, individually and in his official capacity as a state trooper employed by the State of Rhode Island, Rhode Island State Police | C.A. NO: 04-453S |

**DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT**

Now come the Defendants and move to extend the deadline for filing their Motion for Summary Judgment from May 8, 2006 to May 10, 2006. Defendants submit that there are compelling reasons for an extension of this length.

Defendants submit that the issues in this case are numerous and require substantial legal research. Defendants' counsel has been unable to fully research the issues and draft the memorandum in support of their motion for summary judgment because of time frames of other cases and medical appointments.

Plaintiff's counsel has no objection to the motion.

GRANTED
[signature]
William E. Smith
U.S. District Judge
5/8/06