**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMANUEL JENKINS** | : | |
| | : | |
| **v.** | : | **C.A. NO: 04-453S** |
| | : | |
| **STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, MATTHEW MOYNIHAN individually and in his official capacity as a state trooper employed by the State of Rhode Island, Rhode Island State Police, DEREK BOREK, individually and in his official capacity as a state trooper employed by the State of Rhode Island, Rhode Island State Police** | : | |

**DEFENDANTS' STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 12.1 OF THE RULES OF CIVIL PROCEDURE**

1. On June 25, 2002 Woonsocket Police Department's dispatchers received two (2) phone calls indicating that there were two black males in a green SUV bearing license plate AARONJ and that they had a gun.

2. Woonsocket Police documented that one of the callers reported that the individuals in this vehicle had flashed a handgun in a threatening manner to an employee of a barbershop.

3. Woonsocket Police issued a be on the lookout "BOLO" broadcasted over the Inter-City network with attention to North Smithfield, Lincoln, Cumberland and the Rhode Island State Police.

4. The radio broadcasts stated:

> Woonsocket P.D. to surrounding communities: Please be on the lookout for Rhode Island vanity plate AARONJ, A-Alpha, A-Alpha, R-Romeo, O-Oscar, N-November, J-Juliette. AARONJ. It's a green SUV, possibly a ninety (static) '97 Ford SUV, color green, possibly an Explorer. Described as a hunter green SUV with deep tinted windows. Use caution. Possible handgun was shown. At this time we're entertaining a complaint – at this time we're entertaining a complaint for ADW. Again, it's a silver or a blue small—caliber handgun. Two black males in the vehicle, deep tinted windows, unknown additional occupants. A twen—possibly a .25 or a .22 auto. Again, its AARONJ, green SUV. Use caution if contacted. Woonsocket is going to be cleared at 1611.
>
> ***
>
> ...(unintelligible) and surrounding communities: In reference to the BOLO on AARONJ, that's Rhode Island vanity plate AARONJ, '97 Ford Explorer, color green. At this time we do not have a complaint; however we did take an incident report from two separate sources that did confirm that they did see a --- a handgun. Again, use caution if the vehicle's located. There is no active complaint for ADW; however, we do had reason to believe there is a handgun inside the vehicle. Woonsocket's cleared at 16:18.

5. The State Police acknowledged receipt of the BOLO and transmitted the information to its cruisers out of the Lincoln and Chepachet barracks.

6. After hearing the broadcast, Trooper Moynihan confirmed through the computer in his cruiser that the vehicle plate "AARONJ" matched the description of the vehicle.

7. Trooper Moynihan saw the green Ford Explorer bearing the plates AARONJ traveling on Route 146 south and radioed the information to the R.I. State Police barracks.

8. Plaintiff Jenkins was the driver of the green Ford Explorer bearing the plates AARONJ on June 25, 2002.

9. Several windows on the green Ford Explorer were tinted.

10. Trooper Moynihan advised R.I. State Police Barracks that he would not stop the vehicle until back up had arrived.

11. While following the vehicle, Trooper Moynihan confirmed there were two (2) African American males in the vehicle.

12. Trooper Derek Borek responded as back up.

13. Both Trooper Moynihan and Borek were in marked State Police cruisers and were in uniform.

14. Both troopers followed the green Ford Explorer as it exited at the Thurbers Avenue exit in Providence.

15. Trooper Moynihan activated his overhead lights and siren.

16. The green Ford Explorer pulled to the right hand side of Thurbers Avenue.

17. It was approximately 5:00 p.m. on a workday, with traffic proceeding in both directions on Thurbers Avenue and on Eddy Street, perpendicular thereto.

18. Trooper Moynihan left his vehicle with his sidearm drawn and took up a position behind his cruiser.

19. Trooper Borek retrieved a shotgun from the trunk and similarly took cover behind his cruiser.

20. Trooper Moynihan yelled to the occupants of the Explorer to place their hands out the window.

21. The occupants of the SUV heard Trooper Moynihan's command.

22. The occupants of the SUV complied with this initial command.

23. After confirming that Trooper Borek was covering the passenger, Trooper Moynihan approached the rear of the Explorer.

24. Based on the information that was conveyed from Woonsocket Police Department that it had reason to believe there was a handgun inside the green SUV, possibly Ford Explorer, tinted windows, bearing Rhode Island vanity plates AARONJ and to use caution, Trooper Moynihan was concerned for officer safety and had his handgun drawn during his approach of the vehicle.

25. Plaintiff Jenkins pulled at least one hand in from the window

26. From Trooper Moynihan's vantage point, Plaintiff Jenkins' hand(s) went down to a position that Trooper Moynihan could no longer see it/them.

27. Trooper Moynihan believed that Plaintiff Jenkins was reaching for a gun and feared for his safety.

28. Trooper Moynihan shot once into the Explorer.

29. Trooper Moynihan opened the door and removed Plaintiff Jenkins from the Explorer.

30. After a brief pat down for weapons, Trooper Moynihan placed Plaintiff Jenkins in handcuffs.

31. After the passenger was removed from the Explorer and handcuffed, a rescue was called as Plaintiff Jenkins had been shot in the leg.

32. Plaintiff Jenkins' estimates that only one (1) minute elapsed from the time he stopped his vehicle until he was shot.

33. Troopers Moynihan and Borek did a cursory search of the passenger compartment of the Explorer to check for weapons.

34. Plaintiff Jenkins was transported by rescue to Rhode Island Hospital, treated and released into State Police custody.

35. Jenkins was arrested and charged with driving on a suspended license.

Respectfully Submitted,

DEFENDANTS

By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Brenda D. Baum (5184)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2294
Fax: (401) 222-3016

CERTIFICATION

I hereby certify that on this 10th day of May 2006 a true copy of the within Statement of Undisputed Facts for Summary Judgment was mailed to:

V. Edward Formisano, Esquire
Sinapi, Formisano & Company
100 Midway Place, Suite 1
Cranston, RI 02920

Adrienne Roy