**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EMANUAL JENKINS,**
**Plaintiff,**

**v.**

**STATE OF RHODE ISLAND,**
State Police Department, **STEVEN M. PARE,** individually in his official capacity as Superintendent of the Rhode Island State Police, **MATTHEW MOYNIHAN** individually and in his official capacity as a state trooper employed by the State of Rhode Island, Rhode Island State Police, **DEREK BOREK,** individually and in his official capacity as a state trooper employed by the State of Rhode Island, Rhode Island State Police,
**Defendants.**

**C.A. No. 04-453S**

RECEIVED
MAR 13 2006
Dept. of Attorney General
Civil Division

**PLAINTIFF'S ANSWERS TO DEFENDANT DEREK BOREK'S AMENDED INTERROGATORIES**

Now comes the Plaintiff and responds to Defendant Derek Borek's Amended Interrogatories as follows:

**INTERROGATORY NO. 1:** Please describe in detail what occurred from the time you observed the State Police cruiser behind your vehicle on Route 95 on June 25, 2002 until you were released from the State Police Barracks in Lincoln, RI.

**RESPONSE NO. 1:** See allegations as stated in Plaintiff's Complaint.

**INTERROGATORY NO. 2:** Please describe fully what you believe Trooper Derek Borek did wrong on June 25, 2002.

**RESPONSE NO. 2:** On June 25, 2002, Defendant Derek Borek ("Borek") pulled my vehicle over for no reason, and approached my vehicle with his gun drawn without justification.

**INTERROGATORY NO. 3:** On June 25, 2002 were you afraid of Trooper Derek Borek during your meeting with the State Police?

If your answer is yes,

a. Why were you afraid?
b. What did Trooper Derek Borek do that made you afraid?

If your answer is yes,

a. Why do you believe it was wrong?

**RESPONSE NO. 10:** I believe that members of the State Police had a right to arrest me insofar as I was driving a motor vehicle with a suspended license. However, none of my other actions at the time of the incident warranted an arrest.

EMANUEL JENKINS

Subscribed and sworn before me in CRANSTON, Rhode Island on this 15TH day of FEBRUARY, 2006.

OFFICIAL SEAL
D PUSHEE

Notary Public
My Commission Expires: 11/24/07

Submitted by:
Attorneys for Plaintiff,
SINAPI, FORMISANO & CO., LTD.

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040 (facsimile)

**CERTIFICATION**

To: Brenda Baum, Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903

I hereby certify that the within document was caused to be served by mail, postage prepaid, to the above-cited attorney of record on this 8 day of ~~February~~ March, 2006.