# RADIO BROADCAST

**DATE: June 25, 2002**

**SUBJECT: Radio broadcast**

**/OONSOCKET:** Woonsocket Police to surrounding communities over Inter-City. Attention North Smithfield, Lincoln, Cumberland, Rhode Island State Police.

**TATE POLICE:** State Police on.

**INCOLN:** Lincoln's on.

**MITHFIELD:** Smithfield's on.

**/OONSOCKET:** Woonsocket P.D. to surrounding communities: Please be on the lookout for Rhode Island vanity plate AARONJ, A-Alpha, A-Alpha, R-Romeo, O-Oscar, N-November, J-Juliette. AARONJ. It's a green SUV, possibly a ninety ..... (STATIC) '97 Ford SUV, color green, possibly an Explorer. Described as a hunter green SUV with deep tinted windows. Use caution. Possible handgun was shown. At this time we're entertaining a complaint -- at this time we're entertaining a complaint for ADW. Again, it's a silver or a blued small-caliber handgun. Two black males in the vehicle, deep tinted windows, unknown additional occupants. A twen -- possibly a .25 or a .22 auto. Again, it's AARONJ, green SUV. Use caution if contacted. Woonsocket's gonna be cleared at 1611.

**;TATE POLICE:** State Police has it.

**'AWTUCKET:** Pawtucket has it.

**.INCOLN:** Lincoln received.

**MITHFIELD:** Smithfield received.

**OICE:** .... (UNINTELLIGIBLE) Inter-City.

**INCOLN:** Lincoln's on.

**UMBERLAND:** Cumberland's on.

**VOONSOCKET:** ... (UNINTELLIGIBLE) and surrounding communities: In reference to the BOLO on AARONJ, that's Rhode Island vanity plate AARONJ, '97 Ford Explorer, color green. At this time we do not have a complaint; however, we did take an incident report from two separate sources that did confirm that they did see a -- a handgun. Again, use caution if the vehicle's located. There is no active complaint for ADW; however, we do have reason to believe there is a handgun inside the vehicle. Woonsocket's cleared at 16:18.

**INCOLN:** Lincoln's got it.

**CUMBERLAND:** Cumberland received.

**SMITHFIELD:** Smithfield received.

**VOICE:** ..... (UNINTELLIGIBLE)

**TRP. BOREK:** To the Lincoln, Chepachet and detail cars, from Woonsocket P.D.: Be on the lookout for Rhode Island registration vanity Adam-Adam-Robert-Ocean-Newport-John: AARONJ, described as a hunter green SUV with heavy tinted windows, possibly a Ford, two black males showed a handgun. They possibly have an ADW charge now out of Woonsocket P.D. Once again, be on the lookout for a green SUV, Rhode Island registration AARONJ, Adam-Adam-Robert-Ocean-Newport-J as i in John. It's gonna be a Ford. Two black males showed a handgun, heavily tinted windows. Unknown direction. 5:42/114.