**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMANUEL JENKINS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **C.A. No. 04-453S** |
| | : | |
| **STATE OF RHODE ISLAND**, et al., | : | |
| **Defendants** | : | |

**ASSENTED TO MOTION ENLARGING TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come the parties in the above-cited matter and hereby move this Honorable Court for an Order enlarging time for Plaintiff to file his response to Defendants' Motion for Summary Judgment.

On May 15, 2006, in response to motions to compel filed by Plaintiff, U.S. Magistrate Judge Martin issued a Memorandum and Order directing Defendants to submit, on or before June 5, 2006, materials for *in camera* review. These materials have relevance to the issues raised in Defendants' Motion for Summary Judgment and will be cited by Plaintiff in his response to the Motion.

Based on the foregoing, the parties respectfully move that time period for Plaintiff to file a response to Defendants' Motion for Summary Judgment be extended to June 14, 2006, or, to a date the Court deems fit and proper.

Respectfully Submitted,
Plaintiff,
By ~~his Attorney~~ey,

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

Respectfully Submitted,
Defendants,
By their Attorney,

Brenda Baum (JFF)
Brenda D. Baum (5184)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401)274-4400 ext. 2294
(401)222-3016 (facsimile)