UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMANUEL JENKINS | : | |
| | : | |
| V. | : | C.A. NO: 04-453S |
| | : | |
| STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, ET ALS. | : | |

**DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE THEIR REPLY MEMORANDUM**

Now come the Defendants and move to extend the deadline for filing their reply Memorandum for one (1) week or from June 26, 2006 to July 3, 2006. Plaintiff's counsel has no objection to this motion. Due to commitments of other cases, the Defendants respectfully request this limited extension

Wherefore, the Defendants pray that this Court grant the requested extension or an extension the Court deems appropriate.

GRANTED
[signature]
William E. Smith
U.S. District Judge
6/26/06

DEFENDANTS
By their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

[signature]

Brenda D. Baum (#5184)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2294
Fax: (401) 222-3016