**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMANUAL JENKINS,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 04-453S** |
| | : | |
| **STATE OF RHODE ISLAND**, et al., | : | |
| **Defendants** | : | |

## STIPULATION

Now comes the Plaintiff in the above-cited matter and hereby dismisses, with prejudice, any and all claims against Defendant Borek.

PLAINTIFF,
By his attorneys,
SINAPI, FORMISANO & CO., LTD.

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (fax)

ENTER WAM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 7/6/06

Dated: July 5, 2006

## CERTIFICATION

TO: Brenda D. Baum, Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903

I hereby certify that I caused to be served on the above-named counsel of record a copy of the foregoing on the 5 day of July, 2006.

RECEIVED
JUL 2006
District of Rhode Island