**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMANUEL JENKINS** | : | |
| | : | |
| **v.** | : | **C.A. NO: 04-453S** |
| | : | |
| **STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, MATTHEW MOYNIHAN individually and in his official capacity as a state trooper employed by the State of Rhode Island, Rhode Island State Police, DEREK BOREK, individually and in his official capacity as a state trooper employed by the State of Rhode Island, Rhode Island State Police** | : | |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE THEIR PRETRIAL MEMORANDUM**

Now comes counsel for the Defendants, Brenda D. Baum, and respectfully requests that this Court extend the time for filing the pretrial memorandum for one (1) week from September 3, 2006 to September 10, 2006. As reasons therefore, Defendants' counsel had surgery in the nature of a Cesarean Section on August 18, 2006 and has been unable to complete the pretrial memorandum during the prescribed time due to recovery.

Plaintiff's counsel has no objection. Wherefore, the Defendants' counsel prays that this motion is granted and pretrial memorandum for both parties be due to be filed on September 10, 2006.

GRANTED
[signature]
William E. Smith
U.S. District Judge
8/30/06