**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**September 19, 2006 Calendar Call**

## CRIMINAL CASES

| | |
|---|---|
| CR06-04S | USA v. Thomas Woodward |
| CR06-56S | USA v. Terrence Greene |
| CR06-60S | USA v. David Gallagher |
| CR06-66S | USA v. Richard Ribeiro |
| CR06-70S | USA v. Oscar R. Sandoval-Espana and Manuel A. Mendez-Herasme |
| CR06-89S | USA v. Nathaniel Andrade |
| CR06-91S | USA v. Jodie Walsh |

## CIVIL CASES

| | |
|---|---|
| CA04-453S | Jenkins v. State |
| CA05-315S | Cathedral Art v. FAF, Inc., et al. |

## NOTICE

You are hereby notified that the above-captioned cases are on the trial calendar commencing on October 3, 2006, to be tried in the order listed. The calendar will be called on **SEPTEMBER 19, 2006**, at **9:00 a.m.** Juries will be empaneled on October 3, 2006, at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

WESmith

William E. Smith
U.S. District Judge

Date: 8/30/06

**Please notify Clerk's Office if any counsel of record have not been notified.**