UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMANUEL JENKINS,<br>Plaintiff, | : | |
| v. | : | C.A. No. 04-453S |
| STATE OF RHODE ISLAND, et al.,<br>Defendants | : | |

## DISMISSAL STIPULATION

The above matter is hereby dismissed with prejudice, no fees, costs or interest to any party.

Plaintiff,
By his Attorney,

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

Defendants,
By their Attorney,

James R. Lee ( )
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401)274-4400 ext. 2294
(401)222-3016 (facsimile)

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 10|12|06

RECEIVED
OCT 1 1 2006
Property of U.S. District Court
District of Rhode Island